UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANH PHAM, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UR JADDOU, Director, U.S. Citizenship and Immigration Services, <br><br> Defendant. | Case No.: 23-cv-1058-W-KSC <br><br> **ORDER DENYING AS MOOT WITHOUT PREJUDICE TO REFILING MOTION TO DISMISS** |

Pending before the Court is Defendant's motion to dismiss for lack of subject matter jurisdiction and failure to state a claim. (Doc. 6.) On August 31, 2023, Plaintiffs filed their First Amended Complaint, stating that it was filed as a Matter of Course. *See* Fed. R. Civ. P. 15(a)(1)(B); Doc. 7 at 1. In light of the amended pleading, the Court **DENIES AS MOOT WITHOUT PREJUDICE TO REFILING** Defendant's motion to dismiss for lack of subject matter jurisdiction and failure to state a claim. **[Doc. 6.]**

**IT IS SO ORDERED.**

Dated: September 7, 2023

Hon. Thomas J. Whelan
United States District Judge